```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LAUREN CUSICK, Bar #257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    AKIO KATANO
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6
 7  Attorney for Defendant
    MILES VARGAS
 8
 9
10                  IN THE UNITED STATES DISTRICT COURT
11                 FOR THE EASTERN DISTRICT OF CALIFORNIA
12
13
14  UNITED STATES OF AMERICA,     )  No. CR-S 10-181-KJM
                                  )
15              Plaintiff,        )
                                  )    STIPULATION; ORDER
16       v.                       )
                                  )
17  MILES VARGAS,                 )  Date:  June 18, 2010
                                  )  Time:  10:00 a.m.
18              Defendant.        )  Judge: Hon. Kimberly J. Mueller
                                  )
19  _____ )
20
21  IT IS HEREBY STIPULATED between the parties through their respective
22  counsel, Matthew C. Stegman, Assistant United States Attorney, and
23  Lauren D. Cusick, Staff Attorney, attorney for MILES VARGAS, that the
24  Court vacate the trial confirmation hearing on June 24, 2010 at 10:00
25  a.m. and the jury trial date set for July 12, 2010 at 10:00 a.m.  We
26  respectfully request the court set a trial confirmation hearing on
27  August 30, 2010 at 10:00 a.m. and a jury trial date for September 13,
28  2010 at 10:00 a.m.
```

At present, the defense is awaiting additional discovery materials.  The parties agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial because the defense requires more time to investigate these additional materials and negotiate a resolution.  18 U.S.C. § 3161(h)(7)(A).  The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through August 30, 2010, for defense preparation and investigation.  18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

Dated:  June 18, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Lauren Cusick
_____
LAUREN CUSICK
Assistant Federal Defender
Attorney for Defendant
MILES VARGAS

Dated: June 18, 2010                    BENJAMIN B. WAGNER
                                        United States Attorney

/s/ Daniel McConkie for
_____
MATTHEW C. STEGMAN
Assistant United States Attorney

Stipulation and Order                   -2-

**ORDER**

The stipulation of the parties is DENIED without prejudice to resubmission of a new stipulation incorporating further detail explaining why defendant is still "awaiting additional discovery" and why a continuance of more than two months is justified.

Dated: June 21, 2010.

_____
U.S. MAGISTRATE JUDGE