```
DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
AKIO KATANO
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MILES VARGAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 10-181-KJM |
| ) | |
| Plaintiff, ) | AMENDED |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| MILES VARGAS, ) | Date: June 22, 2010 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Hon. Kimberly J. Mueller |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Matthew C. Stegman, Assistant United States Attorney, and Lauren D. Cusick, Staff Attorney, attorney for MILES VARGAS, that the Court vacate the trial confirmation hearing on June 24, 2010 at 10:00 a.m. and the jury trial date set for July 12, 2010 at 10:00 a.m.  We respectfully request the court set a trial confirmation hearing on August 30, 2010 at 10:00 a.m. and a jury trial date for September 13, 2010 at 10:00 a.m.

1      At present, the defense is awaiting additional discovery
2 materials, including video footage of the events surrounding the charge
3 against Mr. Vargas.  Access to the video, in particular, has been
4 delayed as the citing officer inadvertently produced the wrong original
5 video to the government, and by technical difficulties in the
6 reproduction of the video.  The parties were informed by the court that
7 the dates requested above were the first available opportunities for
8 the case to be heard, and agree that the ends of justice served by
9 granting defendant's request for a continuance outweigh the best
10 interest of the public and the defendant in a speedy trial because the
11 defense requires more time to investigate these additional materials
12 and negotiate a resolution.  18 U.S.C. § 3161(h)(7)(A).
13      The parties stipulate that for the purpose of computing time under
14 the Speedy Trial Act, the Court should exclude time from the date of
15 this order through August 30, 2010, for defense preparation and
16 investigation.  18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

18 Dated:   June 23, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Lauren Cusick
_____
LAUREN CUSICK
Assistant Federal Defender
Attorney for Defendant
MILES VARGAS

25 Dated: June 23, 2010          BENJAMIN B. WAGNER
United States Attorney

/s/ Michael Anderson for
_____
MATTHEW C. STEGMAN
Assistant United States Attorney

Stipulation and Proposed Order      -2-

**ORDER**

IT IS SO ORDERED.

Dated: June 23, 2010.

                                                                       U.S. MAGISTRATE JUDGE

Stipulation and Proposed Order    -3-