```
 1 │ BENJAMIN B. WAGNER
   │ United States Attorney
 2 │ MATTHEW C. STEGMAN
   │ Assistant U.S. Attorney
 3 │ MATTHEW P. DE MOURA
   │ Certified Law Clerk, Misdemeanor Unit
 4 │ 501 I Street, Suite 10-100
   │ Sacramento, California 95814
 5 │ Telephone: (916) 554-2936
 6 │
 7 │
 8 │                IN THE UNITED STATES DISTRICT COURT
 9 │              FOR THE EASTERN DISTRICT OF CALIFORNIA
10 │
11 │ UNITED STATES OF AMERICA,     )  Cr. No. S-10-181 KJM
   │                               )
12 │         Plaintiff,            )  Order
   │                               )
13 │     v.                        )
   │                               )
14 │ MILES VARGAS,                 )  DATE: September 9, 2010
   │                               )  TIME: 10:00 a.m.
15 │         Defendant.            )  JUDGE: Hon. Kimberly J. Mueller
   │ _____)
16 │
17 │     It is Hereby Ordered that the plaintiff United States of
18 │ America's motion to dismiss Cr. No. S-10-181 KJM is GRANTED.
19 │     IT IS SO ORDERED.
20 │ Dated: August 23, 2010.
```

_____
U.S. MAGISTRATE JUDGE